TRUE WIRELESS, LLC

3124 Brother Blvd, Suite 104
Bartlett, TN 38133
(901) 604-8213
tfrazier@goaxia.com

# PURCHASE ORDER

**TO:**
**Unimax Communications, LLC**
18201 McDurmott Street W.
Suite E
Irvine, CA 92614

**SHIP TO:**
**True Wireless, LLC**
1202 N Harrison, Suite B
Shawnee, OK 74801
(405) 609-9842

**P.O. NUMBER:**
**UMC0406**
[The P.O. number must appear on all related correspondence, shipping papers, and invoices]

| P.O DATE | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| 4/6/2018 | | | | 60 Days |

| QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 20,000 | Phones | Android Version: Oreo O/S | 46.95 | $939,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | $0.00 |
| SHIPPING AND HANDLING | $0.00 |
| OTHER | |
| TOTAL | $939,000.00 |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
   Teresa Frazier
   3124 Brother Blvd, Suite 104
   Bartlett, TN 38133
   (901) 604-8213
   tfrazier@goaxia.com

Authorized by Teresa Frazier    4/6/2018