JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| UNIMAX COMMUNICATIONS, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>TRUE WIRELESS, LLC; SURGE HOLDINGS, INC.; and DOES 1 through 10, Inclusive,<br><br>   Defendants.<br><br>TRUE WIRELESS, LLC; SURGE HOLDINGS, INC.<br><br>   Counterclaimants,<br><br>   vs.<br><br>UNIMAX COMMUNICATIONS, LLC; and DOES 1 through 10, Inclusive,<br><br>   Counterdefendants. | CASE 8:19-cv-00968- ODW (AFMx)<br><br>The Hon. Otis D. Wright, II<br><br>**JUDGMENT** |

On July 31, 2020, this Court granted the parties' stipulated Request for Entry of Judgment, and based thereon,

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. True Wireless, LLC, and Surge Holdings, Inc. (collectively, "Defendants") shall take nothing by their Counterclaim against Unimax Communications, LLC ("Unimax"), and Defendants' claims are dismissed with prejudice.

2. Judgment against Defendants in the total sum of Seven Hundred and Eighty Five Thousand Dollars ($785,000.00; the "Settlement Funds" ) to be paid to Unimax pursuant to the schedule set forth in the parties' separately executed Settlement Agreement and Release ("Agreement").

3. Any failure by the Defendants to deliver the Settlement Funds in accordance with the Agreement will trigger Unimax's immediate right to enforce the "Payment Penalty" as set forth in Paragraphs 11 and 12 of that Agreement, thereby increasing this judgment to $800,000, less any Settlement Funds then-paid to date.

4. In the event Defendants trigger the Payment Penalty, Unimax shall be entitled to petition this Court for a recovery of all fees and costs actually incurred in connection with, arising out of, or relating to the perfection or collection of the funds set forth in this judgment.

5. Within 30 days of Unimax's receipt and clearance of Defendants' full and final payment of all funds as described above, Unimax will file a Satisfaction of Judgment with this Court.

6. This Court shall retain jurisdiction to enforce the foregoing and the terms of the parties' Agreement.

DATED:  July31, 2020                     _____
                                          Hon. Otis D. Wright, II
                                          United States District Judge